# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHESAPEAKE OPERATING L.L.C., | ) |
| Plaintiff, | ) ) ) ) |
| -vs- | ) Case No. CIV-24-245-F ) |
| JK RED DIRT RENTALS, LLC, ZURICH AMERICAN INSURANCE COMPANY, and AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## **ORDER**

By enter order filed March 26, 2024, plaintiff Chesapeake Operating L.L.C. was directed to file a disclosure statement in accordance with Rule 7.1(a)(2), Fed. R. Civ. P., within seven days.

The court is in receipt of the Corporate Disclosure Statement of Chesapeake Operating, L.L.C., filed April 2, 2024. Doc. no. 4. Upon review, the court finds the disclosure statement is defective.

Subject matter jurisdiction for this action is based upon diversity jurisdiction, 28 U.S.C. § 1332. Doc. no. 1, ¶ 7. As such, Rule 7.1(a)(2) requires that plaintiff's disclosure statement "name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party[.]" Rule 7.1(a)(2), Fed. R. Civ. P. "For diversity purposes, a limited liability company takes the citizenship of all its members." <u>Spring Creek Exploration & Production Company, LLC v. Hess Bakken</u>

<u>Investment, II, LLC</u>, 887 F.3d 1003, 1014 (10th Cir. 2018) (quotation marks and citation omitted).

In its disclosure statement, plaintiff states that its sole member is Chesapeake Energy Corporation, and the corporation is a "publicly traded corporation organized under the laws of Oklahoma." Doc. no. 4, p. 1. However, for purposes of diversity jurisdiction, a corporation is deemed to be a citizen of "every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." 28 U.S.C. § 1332(c)(1). Although plaintiff identifies the state by which Chesapeake Energy Corporation has been organized, it does not identify the state where the corporation has its principal place of business. The court concludes that such information is required by Rule 7.1(a)(2).

Plaintiff Chesapeake Operating L.L.C., is **DIRECTED** to file, within seven days from the date of this order, an amended disclosure statement supplying all the information which identifies the citizenship of its sole member, Chesapeake Energy Corporation. Failure to do so may result in an order that just, including dismissal of this action without prejudice.

DATED this 3rd day of April, 2024.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

24-0245p002.docx